# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 23, 2023

## NO. 03-22-00012-CV

**Cindy Castello, Appellant**

**v.**

**Executor of the Estate of Frank Castello, Deceased, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the Order Granting Motion for Summary Judgment and Admitting Will To Probate signed by the trial court on December 21, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the Order. Therefore, the Court reverses the Order and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.